# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Bernard Schultz**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-357-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Federal Bureau of Investigation, el al**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 23, 2015 Order.

                                                    November 23, 2015

                                                    Signed: November 23, 2015

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court